

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

David C. Carlile, Appellant

No. 06-19-00066-CV      v.

Balsam Mountain Preserve Club, LLC, and
J. Christopher Manning, Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 17-1200). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED AUGUST 30, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk